# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZELPHA A. HART, | 3:11-cv-00601-RCJ (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 14, 2012 |
| CIRCUS-CIRCUS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 10, 2012, Plaintiff filed a motion asking the court to serve the defendants in this case. (Doc. # 8.) Plaintiff's Complaint was filed on August 19, 2011. (Doc. # 2.) The proof of service of the summons and complaint on defendants was due on or before December 17, 2011. (*Id*.) On December 16, 2011, Plaintiff requested an extension of time to serve the Defendants, which was granted. (Doc. # 6, Doc. # 7.) Plaintiff was given up to and including February 17, 2012, to effect service. (Doc. # 7.)

It is not clear exactly what relief Plaintiff seeks by way of the instant motion. On the one hand, she appears to request that the court serve the defendants; however, she also states that she served them via certified mail, but they have not responded. (Doc. # 8.) Plaintiff has not filed a proof of service with the court. The court cannot give Plaintiff legal advice with respect to service of the summons and complaint. Plaintiff is directed to review Federal Rule of Civil Procedure 4, which governs service. Plaintiff is hereby given an additional (30) days from February 17, 2012, to effect service in this action, up to and including **March 19, 2012.** Failure to do so will result in dismissal of this action without prejudice under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
        Deputy Clerk