AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ZELPHA A. HART,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:11-cv-00601-RCJ-WGC**

CIRCUS-CIRCUS, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 20) is GRANTED.

 

07/09/2012                                                                **LANCE S. WILSON**
                                                                                                            Clerk

                                                                                                  /s/ Pamela McDonald
                                                                                                    Deputy Clerk