AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRIBUTE COURT

***** DISTRICT OF  NEVADA

ZELPHA A. HART,

       Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                           CASE NUMBER: **3:11-cv-00601-RCJ-WGC**

CIRCUS-CIRCUS, et al.,

       Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 20) is GRANTED.


  07/09/2012                                     **LANCE S. WILSON**
                                                                 Clerk

                                                              /s/ Pamela McDonald
                                                                 Deputy Clerk